IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

**FILED**

*11:20 am, 9/9/21*

**Margaret Botkins
Clerk of Court**

| | |
|---|---|
| GRACIE ANN FORTH, <br><br> Plaintiffs. <br><br> v. <br><br> LARAMIE COUNTY SCHOOL DISTRICT No. 1 and John/Jane Does 1–10 in his/her official capacity, <br><br> Defendant. | Case No. 20-CV-00053-ABJ |

## JUDGMENT

Defendant filed a Motion for Summary Judgment. ECF Nos. 45 & 46. The Court has now entered an order granting Defendant's Motion for Summary Judgment on all claims. It is therefore **ORDERED** and **ADJUDGED** that this action is **DISMISSED WITH PREJUDICE**.

Dated this 9th day of September, 2021.

Alan B. Johnson
United States District Judge