Melinda S. McCorkle, 6-3905
MCCORKLE LAW
P.O. Box 1926
Cheyenne, WY 82003-1926
(307) 369-1985

Anna Reeves Olson, 6-3692
Park Street Law Office
242 S. Park Street
Casper, Wyoming 82601
(307) 265-3843
(307) 235-0243 facsimile
aro@parkstreetlaw.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| GRACIE ANNE FORTH,           )<br>                              )<br>        Plaintiff,           )<br>                              )<br>v.                            )<br>                              )<br>LARAMIE COUNTY SCHOOL DISTRICT No. 1 )<br>and John/Jane Does 1-10 in   )<br>his/her official and individual capacity. )<br>                              )<br>        Defendants.           ) | Civil No. 20-CV-53-ABJ |

**PLAINTIFF'S UNOPPOSED REQUEST FOR AN
EXTENSION OF TIME TO FILE NOTICE OF APPEAL**

Plaintiff, through her Counsel, and pursuant to Fed. R. App. P. 4(a)(5)(A), states as follows:

1. On September 9, 2021, this Court entered Judgment dismissing this action with prejudice. ECF No. 107.

2. The deadline to file the Notice of Appeal is October 9, 2021.  Fed. R. App. P. 4(a)(1)(A).

3. The District Court may extend the deadline to file the Notice of Appeal by thirty (30) days:

> **(5) Motion for Extension of Time.**
>
>> **(A)** The district court may extend the time to file a notice of appeal if:
>>
>>> **(i)** a party so moves no later than 30 days after the time prescribed by this Rule 4(a) expires; and
>>> **(ii)** regardless of whether its motion is filed before or during the 30 days after the time prescribed by this Rule 4(a) expires, that party shows excusable neglect or good cause.
>>
>> **(B)** A motion filed before the expiration of the time prescribed in Rule 4(a)(1) or (3) may be ex parte unless the court requires otherwise. If the motion is filed after the expiration of the prescribed time, notice must be given to the other parties in accordance with local rules.
>>
>> **(C)** No extension under this Rule 4(a)(5) may exceed 30 days after the prescribed time or 14 days after the date when the order granting the motion is entered, whichever is later.

Fed. R. App. P. 4(a)(5)(A).

4. Currently, Plaintiff's counsel has not yet determined whether counsel will appeal the *Order Granting Defendant's Motion for Summary Judgment.* ECF No. 106. Although counsel has diligently and exhaustively considered whether to appeal this matter, counsel has not reached a decision and does not expect that a decision will be made within the next week. Further, Plaintiff's counsel is contacting other counsel to determine whether other counsel may file an appeal.

5. For the foregoing reasons, good cause exists to extend the deadline to file the Notice of Appeal, particularly considering the magnitude of the matter at hand and the impact on Plaintiff.

6. Plaintiff seeks an extension of thirty (30) days to file the Notice of Appeal, i.e., November 9, 2021. Defendant does not object to the request.

7. No other extensions have been requested.

Wherefore, Plaintiff respectfully requests that this Court grant her *Request for an Extension of Time to File Notice of Appeal* and allow her an additional thirty (30) days to determine whether to file an appeal.

RESPECTFULLY SUBMITTED this 4th day of October 2021.

                ____/s *Anna Reeves Olson*_____
                Melinda S. McCorkle, 6-3905
                MCCORKLE LAW
                P.O. Box 1926
                Cheyenne, WY 82003-1926
                Phone: (307) 369-1985

                Anna Reeves Olson, 6-3692
                PARK STREET LAW OFFICE
                242 S. Park Street
                Casper, Wyoming 82601
                (307) 265-3843
                aro@parkstreetlaw.com

                *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned does certify that a true and correct copy of the foregoing was correctly addressed and served in the following manner on this 4th day of October 2021.

| | |
|---|---|
| John A. Coppede | ☒ Electronic Delivery |
| Loyd Smith | ☐ Hand Delivered |
| Hickey & Evans, LLP | ☐ Overnight |
| 1800 Carey Avenue, Suite 700 | ☐ Facsimile |
| PO Box 467 | ☐ Email |
| Cheyenne, WY 82003-0467 | |

                _____/s *Anna Reeves Olson*_____
                Anna Reeves Olson, 6-3692