IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| GRACIE ANNE FORTH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| LARAMIE COUNTY SCHOOL DISTRICT No. 1 ) | Civil No. 20-CV-53-ABJ |
| and John/Jane Does 1-10 in ) | |
| his/her official and individual capacity. ) | |
| ) | |
| Defendants. ) | |

**ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME TO FILE NOTICE OF APPEAL**

THIS MATTER having come before this Court on Plaintiff's *Request for an Extension of Time to File Notice of Appeal*, and this Court being fully advised in the premises; and finding that good cause exists to extend the deadline to file the Notice of Appeal by thirty (30) days; and finding that this Court may grant an extension of this deadline pursuant to Fed. R. App. P. 4(a)(5)(A):

IT IS ORDERED that Plaintiff's *Request for an Extension of Time to File Notice of Appeal* is GRANTED.  Plaintiff's deadline to file a Notice of Appeal is extended to November 9, 2021.

DATED this ___ day of October, 2021.

_____