**FILED**



1:09 pm, 10/4/21

**Margaret Botkins
Clerk of Court**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| GRACIE ANNE FORTH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| LARAMIE COUNTY SCHOOL DISTRICT No. 1 | ) | Civil No. 20-CV-53-ABJ |
| and John/Jane Does 1-10 in | ) | |
| his/her official and individual capacity. | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME TO FILE NOTICE OF APPEAL

THIS MATTER having come before this Court on Plaintiff's *Request for an Extension of Time to File Notice of Appeal*, and this Court being fully advised in the premises; and finding that good cause exists to extend the deadline to file the Notice of Appeal by thirty (30) days; and finding that this Court may grant an extension of this deadline pursuant to Fed. R. App. P. 4(a)(5)(A):

IT IS ORDERED that Plaintiff's *Request for an Extension of Time to File Notice of Appeal* is GRANTED.  Plaintiff's deadline to file a Notice of Appeal is extended to November 9, 2021.

DATED this 4th day of October, 2021.

Alan B. Johnson
United States District Judge