Melinda S. McCorkle, 6-3905
MCCORKLE LAW
P.O. Box 1926
Cheyenne, WY 82003-1926
(307) 369-1985
melinda@kmplaw.net

Anna Reeves Olson, 6-3692
PARK STREET LAW OFFICE
242 S. Park Street
Casper, Wyoming 82601
(307) 265-3843
aro@parkstreetlaw.com

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| GRACIE ANNE FORTH,<br><br>Plaintiff,<br><br>v.<br><br>LARAMIE COUNTY SCHOOL DISTRICT No. 1 and John/Jane Does 1-10 in his/her official and individual capacity.<br><br>Defendants. | ) | Civil No. 20-CV-53-ABJ |

---

**NOTICE OF APPEAL**

---

Notice is hereby given that Gracie Anne Forth, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Tenth Circuit from the Order Granting

Defendants' Motion for Summary Judgment and the Judgment entered in this action the 9th day of September 2021.

Dated: November 8, 2021

*s/ Melinda S. McCorkle*
Melinda S. McCorkle, 6-3905
MCCORKLE LAW
P.O. Box 1926
Cheyenne, WY 82003-1926
(307) 369-1985
melinda@kmplaw.net

Anna Reeves Olson, 6-3692
PARK STREET LAW OFFICE
242 S. Park Street
Casper, Wyoming 82601
(307) 265-3843
aro@parkstreetlaw.com

*Attorneys for Plaintiff*