UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert                                                          Jane K. Castro
Clerk of Court                                                              Chief Deputy Clerk

November 08, 2021


Ms. Melinda S. McCorkle
Kline, McCorkle & Pilger
401 West 19th Street, Suite 306
Cheyenne, WY 82001

Ms. Anna Reeves Olson
Mr. Weston W. Reeves
Park Street Law Office
242 South Park Street
Casper, WY 82601-0000


**RE:    21-8078, Forth v. Laramie County School District**
         Dist/Ag docket: 1:20-CV-00053-ABJ


Dear Counsel:

Your appeal has been docketed, and the appeal number is above. **Within 14 days** from
the date of this letter, Appellant's counsel must electronically file:

- **An entry of appearance** per 10th Cir. R. 46.1(A).
- **A docketing statement** per 10th Cir. R. 3.4.
- **A transcript order form or notice that no transcript is necessary** per 10th Cir.
  R. 10.2. This form must be filed in **both** the district court and this court.

**Also within 14 days**, Appellant must **pay the $505.00 filing and docketing fees** ($5.00
filing fee and $500.00 docket fee) in the district court. Fed. R. App. P. 3(e) and 10th Cir.
R. 3.3(B).

**Also within 14 days**, Appellee's counsel must electronically file an entry of appearance.

The Federal Rules of Appellate Procedure, the Tenth Circuit Rules, and forms for the
aforementioned filings are on the court's website. The Clerk's Office has also created a
set of quick reference guides and checklists that highlight procedural requirements for
appeals filed in this court.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court


cc:      John Anthony Coppede
         Loyd Edgar Smith


CMW/lg