Qusair Mohamedbhai
RATHOD MOHAMEDBHAI LLC
2701 Lawrence Street
Denver, CO 80205
Telephone: (303) 578-4400
Facsimile: (303) 578-4401
qm@rmlawyers.com

*Attorney for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| GRACIE ANNE FORTH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 20-CV-00053-ABJ |
| | ) | |
| LARAMIE COUNTY SCHOOL DISTRICT, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR ADMISSION OF COUNSEL TO APPEAR PRO HAC VICE**

**COMES NOW**, Qusair Mohamedbhai, a duly licensed attorney in the State of Wyoming, member in good standing of the Bar in the State of Wyoming and the Bar of this Court, and hereby moves this honorable Court to allow the admission *pro hac vice* of attorney Matthew J. Cron of the law firm of RATHOD MOHAMEDBHAI LLC, 2701 Lawrence Street, Suite 100, Denver, Colorado 80205, telephone (303) 578-4400, who represents Plaintiff in the above-captioned case.

Undersigned counsel vouches for the good moral character and veracity of Matthew J. Cron. In addition, counsel of record for Plaintiff will be fully prepared to represent Plaintiff at

any time, in any capacity in this matter.

In compliance with U.S. District Court of Wyoming Local Rule 84.2(b), Applicant Matthew J. Cron has attached an Affidavit in support of this Motion hereto as Exhibit 1.

WHEREFORE, undersigned counsel respectfully requests that this Court admit Matthew J. Cron *pro hac vice* in this matter for the reasons set forth above and in the attached Affidavit.

DATED this 10th day of January, 2024.

Attorney for Plaintiffs:

/s/ Qusair Mohamedbhai
Qusair Mohamedbhai
RATHOD MOHAMEDBHAI LLC
2701 Lawrence Street
Denver, CO 80205
Telephone: (303) 578-4400
Facsimile: (303) 578-4401
qm@rmlawyers.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of January 2024, a true and correct copy of this **MOTION FOR ADMISSION OF COUNSEL TO APPEAR PRO HAC VIC** was filed using the CM/ECF System and served electronically to the following:

John A. Coppede
Loyd E. Smith
Coal Creek Law
PO Box 467
Cheyenne, WY 82003
307-634-1525
jcoppede@coalcreeklaw.com
lsmith@coalcreeklaw.com

**Anna Marie Reeves Olson**
LONG REIMER WINEGAR LLP - CASPER
242 So. Park Street
Casper, WY 82601
307-265-3843
Fax: 307-235-0243
Email: aolson@lrw-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Melinda S McCorkle**
McCORKLE LAW
P O Box 1926
Cheyenne, WY 82003
307/369-1985
Email: melinda@kmplaw.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Weston W Reeves**
PARK STREET LAW OFFICE
242 South Park Street
Casper, WY 82601
307/265-3843
Fax: 307/235-0243
Email: wreeves@lrw-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

*s/ Qusair Mohamedbhai*
Qusair Mohamedbhai