# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| GRACIE ANNE FORTH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Civil No. 20-CV-00053-ABJ |
| | ) |
| LARAMIE COUNTY SCHOOL DISTRICT, | ) |
| | ) |
| Defendant. | ) |

### AFFIDAVIT REGARDING MOTION FOR ADMISSION OF COUNSEL TO APPEAR PRO HAD VICE

Under oath and duly sworn, the undersigned states as follows:

1. I am Matthew J. Cron of the law firm of RATHOD | MOHAMEDBHAI LLC, 2701 Lawrence Street, Suite 100, Denver, Colorado 80205. My telephone number is (303) 578-4400 and my email address is mc@rmlawyers.com. I am seeking admission *pro hac vice* for the above referenced matter.

2. I was admitted to the State Bar of Colorado in 2013 and am a member of the United States District Court for the District of Colorado and the Tenth Circuit. I was admitted to the State Bar of New York in 2011.

3. I have no pending disciplinary proceedings nor do I have any past public sanctions.

4. I will comply with and be bound by the Local Rules of the United States District Court for the District of Wyoming.

5.        I acknowledge that local counsel, Qusair Mohamedbhai, Anna Olson, Melinda McCorkle, and Weston Reeves are required to be fully prepared to represent the clients at any time, in any capacity.

6.        I acknowledge that I will submit to and be subject to disciplinary jurisdiction of the Court for any alleged misconduct arising in the course of preparation and representation in this proceeding.

I respectfully request that I be admitted to practice before this Court for the purpose of this case only.

I declare under the penalty of perjury that the foregoing is true and correct, and that this declaration is executed on January 10, 2014 at Denver, Colorado.

*s/ Matthew J. Cron*
Matthew J. Cron
RATHOD | MOHAMEDBHAI, LLC
2701 Lawrence Street, Suite 100
Denver, CO 80205
(303) 578-4400
(303) 578-4401 fax
mc@rmlawyers.com

2