# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| GRACIE ANNE FORTH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 20-CV-00053-ABJ |
| ) | |
| LARAMIE COUNTY SCHOOL DISTRICT, ) | |
| ) | |
| Defendant. ) | |

## ORDER

THIS MATTER comes before the Court on a Motion for Admission of Matthew J. Cron *Pro Hac Vice*, and it appearing to the Court that the motion should be granted;

IT IS HEREBY ORDERED that Matthew J. Cron is admitted to practice before this Court and represent the Plaintiff in this matter.

_____
Judge Alan B. Johnson