

**FILED**

10:33 am, 1/11/24

**Margaret Botkins**
**Clerk of Court**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| GRACIE ANN FORTH, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Civil Action No. 20-cv-00053-ABJ |
| ) | |
| LARAMIE COUNTY SCHOOL ) | |
| DISTRICT NO 1, ) | |
| ) | |
| Defendant(s). ) | |

### ORDER GRANTING ADMISSION *PRO HAC VICE* OF
### MATTHEW J. CRON AS COUNSEL FOR PLAINTIFF

_____

**THIS MATTER** having come before the Court upon the motion of counsel for the Plaintiff, Gracie Ann Forth, pursuant to Rule 84.2(b) of the Local Rules of the United States District Court for the District of Wyoming for the purpose of admitting Matthew J. Cron as Pro Hac Vice counsel in the District of Wyoming. The Court reviewed this matter and finds that the motion should be granted. Accordingly,

**IT IS HEREBY ORDERED** that Matthew J. Cron is hereby admitted to practice before this Court for all purposes in this matter.

**IT IS FURTHER ORDERED** that Local counsel shall be present in Court during all proceedings in connection with the case, unless excused by the Court, and shall have full authority to act for and on behalf of the client in all matters including pretrial conferences, as well as trial or any other hearings. Any notice, pleading or other paper shall be served on all counsel of record including local counsel.

**DATED** this 11th day of January, 2024.

_____
KELLY H. RANKIN
UNITED STATES MAGISTRATE JUDGE